# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 10−16362
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mauricio Eduardo Cifuentes
17335 Arrowood Place
Round Hill, VA 20141

Mercy Clemencia Brito Rodriguez
17335 Arrowood Place
Round Hill, VA 20141

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−9382        Joint Debtor: xxx−xx−3636

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA        Joint Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL PURSUANT TO LBR 1007−1 LISTS, SCHEDULES, STATEMENTS AND LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on July 29, 2010. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:    August 12, 2010**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

All Schedules (A−J) and Statement of Financial Affairs
**Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation**
**Chapter 13 Plan**

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:    July 29, 2010

/s/    Tawanna Lawson
Deputy Clerk

[10071_30152vDec2009]

# CERTIFICATE OF NOTICE

```
District/off: 0422-9          User: lawsont              Page 1 of 1              Date Rcvd: Jul 29, 2010
Case: 10-16362                Form ID: both2             Total Noticed: 1

The following entities were noticed by first class mail on Jul 31, 2010.
db/jdb       +Mauricio Eduardo Cifuentes,   Mercy Clemencia Brito Rodriguez,   17335 Arrowood Place,
              Round Hill, VA 20141-2488
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 31, 2010**                     **Signature:** *Joseph Speetjens*